JULIUS A. HIGIER, Respondent, *v.* ALMEDA MOYNEHAN, Appellant.

(Argued October 25, 1929; decided November 19, 1929.)

*John T. Morrison* for appellant.
*Alfred D. Dennison* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.